1  CHIEN-YU MICHAEL WANG (265875)
   Wilner & O'Reilly, APLC
2  2730 Gateway Oaks Drive, Suite 110
   Sacramento, CA 95833
3  Telephone: (916) 643-4657
4  Facsimile: (916) 668-0083
   E-mail: mwang@wilneroreilly.com
5  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYA SHWE (U.S. Citizen Petitioner),<br><br>Plaintiff,<br><br>v.<br><br>DONALD NEUFELD, et al<br><br>Defendants. | No. 19cv-01635<br><br>MOTION TO DISMISS AND ORDER RE: DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff moves to dismiss this action as the matter has been resolved and the underlying I-130 petition has been approved.

Date: November 22, 2019

Respectfully Submitted,

WILNER & O'REILLY, APLC

/s/ Chien-Yu Michael Wang, Esq.
CHIEN-YU MICHAEL WANG
Attorney for Plaintiff

ORDER

It is so ordered.

DATED: 11/22/2019

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ

UNITED STATES DISRICT COURT JUDGE